**Opinion issued September 12, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00729-CV

————————————

**GARRY WELBORN & ASSOCIATES INC., AS PRESIDENT OF CORPORATION OF GARRY WELBORN & ASSOCIATES INC, AND AKBAR JIMMY VALAD, Appellants**

**V.**

**ASFANDIAR AHMADIAN, Appellee**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-48009**

---

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.